# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Carol Commissiong**

Write the full name of each plaintiff or petitioner.

Case No. 1:19 cv 08390

-against-

**US Dept. Housing Urban Development, Jay Golden, JoAnn Frey, Tang-Chie Yeh**

Write the full name of each defendant or respondent.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that **Carol Commissiong** (plaintiff ~~or defendant~~) [name of party who is making the motion]

requests that the Court:

**Speed up process with a definite date or send back to Supreme Court.**

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

- ☐ a memorandum of law
- ☑ my own declaration, affirmation, or affidavit
- ☑ the following additional documents:

Dated: 10/10/2019

Signature: *Carol Commissiong*

Name: **Carol Commissiong**

Prison Identification # (if incarcerated):

Address: **555 Main Street, Apt. #1302**   City: **NY**   State: **NY**   Zip Code: **10044**

Telephone Number: **646-279-5988**

E-mail Address: **carolcommissiong@gmail.com**

SDNY Rev: 5/24/2016