UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carol Commissiong
_____

Fill in above the full name of each plaintiff or petitioner.

Case No. 1:19 CV 08390

-against-

US Dept Housing & Urban Development
Jay Golden, JoAnn Frey
Tang-Chi Yeh

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-19

Fill in above the full name of each defendant or respondent.

DECLARATION

"Opposition to Defendant's Removal of case #101204/2019 and penalty of perjury"

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Carol Commissiong, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

My case #101204/2019 in Supreme court was wrongfully removed and a lot of lies have been told. HUD was served a Notice of Petition on 8/12/19 NOT 8/19/19 as stated in Notice of Removal page 2 paragraph 4. Rakesh Shah served HUD Notice of Petition at 26 Federal Plaza Room #300

Rev. 6/30/16

to an African American male Receptionist and in next room Tang-Chi Yeh was served papers in her hand at approximately 2:58pm on Monday August 12, 2019. I was there as a witness and saw it happened. Immediately after an affidavit of service was filled out and notarized in Supreme Court at 60 Centre St., rm #141B. Then thereafter copies were made and original submitted and filed in RM #119 at the Clerk's Office. HUD's staffs perjury themselves by giving their attorney a false date 8/19/19. A copy of affidavit of Service is proof/evidence, Exhibit "B". I was not served with Notice of Removal until 9/16/19 by FedEx postmark 9/12/19 Exhibit "C" copy of envelope. Notice of Removal should have been filed on or before 9/9/19 the final day to submit papers but there was no opposition. Instead, Removal was filed on 9/11/19, 2 days past deadline. Furthermore, I said MGRE staffs discriminated against me not FHEO respondents as stated on page 2 paragraph 4. I said HUD staffs took bribes from Mark Greenberg Real Estate Co. (MGRE). HUD attorney Brandon Cowart has not filed a Notice of Appearance. Therefore case must be remanded back to Supreme Court or speed up process ASAP.

Attach additional pages and documents if necessary.

10/10/2019
Executed on (date)

*Carol Commissiong*
Signature

Carol Commissiong
Name

Prison Identification # (if incarcerated)

555 Main Street, Apt. #1302   New York   NY   10044
Address                        City       State  Zip Code

646-279-5988
Telephone Number (if available)

carolcommissiong@gmail.com
E-mail Address (if available)

Page 2

I already paid to file my case in Supreme court and I was not the one who filed case in this court. I am alredy burdened with my expenses $ and student loans and cannot affond post bond for security and plead with the court to waive the security bond amount to zero-$0 and grant my request for an Order To Show Cause Temporary Restraining Order OSC TRO.
Thank you for your understanding.

Carol Commissiong
10/10/2019