Thurgood Marshall United States Courthouse

Pro Se Intake Unit

U.S. District Court, Southern District of New York

40 Foley Square, Room 105

New York, NY 10007


Carol Commissiong

Plaintiff                                                             Case No. 19 CV 8390 (VSB)

       Against                                                   Letter: <u>Request Extension to Opposition</u>

U. S. Department of Housing & Urban Development

Jay Golden, JoAnne Frey, Tang-Chi Yeh


Honorable Vernon S. Broderick:

I am requesting a time extension to respond to HUD's opposition to dismiss my petition to the court. I have been ill with the flu for the past 5 weeks and working 2 different jobs with long hours in order to pay my bills and need more time to research and prepare my argument. It will be greatly appreciated if my request is granted with extended time until January 31, 2020.


December 16, 2019                                                          *Carol Commissiong*
                                                                           _____
Carol Commissiong                                                                   Signature

555 Main Street, Apt. # 1302 New York NY 10044

646 279 5988                                                             carolcommissiong@gmail.com