UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
CAROL COMMISSIONG,                                     :
:
                Plaintiff,                :
:     19-CV-8390 (VSB)
    -against-                                       :
:     **ORDER**
UNITED STATES DEPARTMENT OF                            :
HOUSING & URBAN DEVELOPMENT,                           :
et al.,                                                :
:
                Defendants.               :
:
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2020

VERNON S. BRODERICK, United States District Judge:

      On November 8, 2019, Defendants filed a motion to dismiss the pro se Plaintiff's complaint. (Doc. 9.) I entered an order directing Plaintiff to either file an amended complaint or an opposition to Defendants' motion by December 30, 2019. (Doc. 15.) Plaintiff requested and received an extension until January 15, 2020. (Docs. 16–17.) To date, however, Plaintiff has not yet submitted either an amended complaint or an opposition to Defendants' motion to dismiss. Accordingly, it is hereby:

      ORDERED that Plaintiff shall submit either an amended complaint or an opposition to Defendants' motion to dismiss no later than August 3, 2020. If she submits an opposition to Defendants' motion, Defendants shall submit their reply, if any, by August 28, 2020. Plaintiff is advised that failure to submit an amended complaint or an opposition to Defendants' motion to dismiss, or to request a further extension of time, may result in Defendants' motion being granted.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: June 18, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge