# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Carol Commissiong,

                       Plaintiff,                       19 **CIVIL** 8390 (VSB)

               -against-                      **JUDGMENT**

U.S. Department of Housing and Urban
Development, Jay Golden, Jo-Ann Frey, and
Tang-Chi Yeh

                      Defendants.

-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 26, 2021, Plaintiff's complaint is hereby DISMISSED without prejudice.

**Dated:** New York, New York
         February 17, 2021

                                                             **RUBY J. KRAJICK**
                                                                **Clerk of Court**
                                       **BY:**
                                                                  **Deputy Clerk**